UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

LAURA   M   SCHERA

                                                : Bankruptcy No. 18-13243JKF
     Debtor(s)                                  : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: April 10, 2019**

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST   STE 100
POTTSTOWN PA 19464-

LAURA   M   SCHERA
959 SOUTH MATLACK STREET
WEST CHESTER, PA 19382