United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13243-jkf
Laura M Schera                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2          Date Rcvd: Apr 10, 2019
                              Form ID: pdf900          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db           +Laura M Schera,    959 South Matlack Street,    West Chester, PA 19382-7565
14107537      Chester County Hospital,    PO Box 826994,    Philadelphia, PA 19182-6994
14107536     +Chester County Hospital,    PO Box 2701,    West Chester, PA 19380-0944
14107538   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
               Saint Paul, MN 55101)
14213950     +Ditech Financial LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
               701 Market Street, SUite 5000,    Philadelphia, PA 19106-1541
14107539     +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14210029     +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
14107540      Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
14107541      Quest Diagnostics,    Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
14107542      Trustees UPHS HUP PATIENT,    PO Box 824336,    Philadelphia, PA 19182-4336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:08      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2019 02:38:02      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14107535      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2019 02:44:39      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
14168015      E-mail/Text: bankruptcy.bnc@ditech.com Apr 11 2019 02:37:42      Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
14164869     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2019 02:37:56      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14165728     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 02:44:42
               PYOD, LLC its successors and assigns as assignee,     of Wachovia Bank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14110625     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:37:52
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSEPH L QUINN    on behalf of Debtor Laura M Schera CourtNotices@sjr-law.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: PaulP                Page 2 of 2              Date Rcvd: Apr 10, 2019
                              Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                           TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

LAURA   M   SCHERA

                                          : Bankruptcy No. 18-13243JKF
     Debtor(s)                 : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_Jean K. FitzSimon_ (signature)

_____
Jean K. FitzSimon, B. J.

**Date: April 10, 2019**

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST   STE 100
POTTSTOWN PA 19464-

LAURA   M   SCHERA
959 SOUTH MATLACK STREET
WEST CHESTER, PA 19382